IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ADVANCE FOOD COMPANY, INC. an Oklahoma Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | Case No. CIV-2008-01139-M |
| ) (1) NEBRASKA BEEF, LTD., a Nebraska ) Limited Partnership, ) ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NEBRASKA BEEF, LTD.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Nebraska Beef, Ltd. states that it is a publicly held corporation, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 8th of December, 2008.

COLLINS, ZORN & WAGNER, P.C.

s/Daniel K. Zorn
Daniel K. Zorn, OBA # 10010
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: dkz@czwglaw.com

Of Counsel:
Alan M. Maxwell (GA Bar No. 478625)
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, Georgia 30326
Telephone: (404) 876-2700
Facsimile: (404) 875-9433
E-mail: amaxwell@wwhgd.com
**Attorneys for Defendant
Nebraska Beef, Ltd.**

## CERTIFICATE OF MAILING

      I hereby certify that on December 8, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Bradley A. Gungoll  
Bradley E. Davenport  
Gungoll, Jackson, Collins, Box & Devoll, P.C.  
323 W. Broadway  
Enid, OK 73702  
(405) 234-0436  
(405) 233-1284  
gungoll@gungolljackson.com  
davenport@gungolljackson.com  

                                              s/Daniel K. Zorn  
                                              Daniel K. Zorn