## Product Warranty, General and Continuing Guarantee, and Indemnification Agreement

This Agreement is entered into between Advance Food Company, Inc. (hereinafter "Advance") and _Nebraska Beef Ltd._ (hereinafter "Supplier"). Supplier has offered to sell products to Advance which may include food products, packaging, ingredients or other materials (the "Products") to be used by Advance in Advance's food manufacturing business. Supplier acknowledges that Advance's willingness to purchase Products from Supplier now and in the future is due in part, to Supplier's agreement and guarantee of the following:

1. <u>Product Warranty.</u> Supplier agrees and warrants that each and every article contained in and comprising each shipment or other delivery hereafter made by Supplier to, or on the order of **Advance Food Company, Inc.** is guaranteed, as of the date of each shipment or delivery as follows:

    A. Shall be in full compliance with the Federal Food, Drug and Cosmetic Act ("FDCA"), the Federal Meat Inspection Act (FMIA), the Poultry Products Inspection Act (PPIA), as amended, any and all rules and regulations promulgated under the above Acts, or any other applicable federal, state or local law, rule or regulation, as the case may be;

    B. Shall be manufactured, stored, transported and delivered in accordance with appropriate "Good Manufacturing Practices" under any applicable federal, state, or local law, rule or regulation, or as established by industry practice;

    C. Shall not be adulterated, misbranded, or unsafe within the meaning of any applicable federal, state, or local law, rule or regulation;

    D. Shall not be a food product which may not, under applicable laws, rules and regulations, be introduced into interstate commerce;

1



  E. Shall meet or exceed the specifications provided by Advance Food Company in every respect;

  F. For products of ruminants, shall have been derived from livestock that was fed in compliance with the Food and Drug Administration's ban of feeding identified mammalian derived protein materials to ruminant animals (21 C.F.R. Part 589);

  G. Shall not be an article which cannot be legally transported or sold under the provisions of any Federal or State law; and

  H. To be registered, if required, and not adulterated or misbranded within the meaning of the terms of the Federal Insecticide, Fungicide and Rodenticide Act or any other applicable Federal, State or Local law and to the extent required by law, Seller has placed Advance Food Company's name on record with the Environmental Protection Agency or similar agency as a registered distributor.

Moreover, Supplier warrants to Advance that the Product shall be merchantable, fit for their intended purpose, and pass without objection in the trade under the contact description. The foregoing warranties constitute all of the warranties applicable under this agreement and all other implied warranties are hereby waived and excluded.

2. <u>Indemnification</u>. As a condition of Advance's purchase, Supplier hereby agrees to defend, indemnify and hold harmless Advance, its parents, subsidiaries, affiliates, directors, officers, employees, agents and representatives (hereinafter collectively referred to as the "Indemnitees"), of and from all claims, demands, actions, causes of action, losses, liabilities, damages, costs and expenses, including reasonable attorney's fees and costs (all of the foregoing are hereinafter collectively referred to as "Damages") suffered or incurred by any of the Indemnitees, or any one or more of them, based upon or arising out of:

A. Any breach or violation by Supplier of any of its representations, warranties, covenants or agreements set forth herein, or

B. Any injury, illness and/or death caused, in whole or in part, by contact with, use and/or consumption of the Products; provided, however, Supplier shall not be liable for Damages to any Indemnitee if, and then only to the extent that, such Damages result from the gross negligence or willful misconduct of such Indemnitee;

C. Any claims of any third party that any of the Products, or the use thereof by any Indemnitee, or any machinery, equipment, process, technique or know-how used in the manufacture or production of any of the Products, violates the patent, trademark, service mark, copyright, trade dress, trade secret or other intellectual property right of such third party; and

D. Any injury, illness, death or damage to property caused by any employee, agent, subcontractor or independent contractor of Supplier.

Such indemnification obligation shall survive the termination of this Agreement and continue for as long as the statute of limitations applicable to any such claims, actions, demands or suits remains in effect.

3. <u>Notifications</u>. Advance agrees to advise Supplier if Advance receives notice that claim has been or will be filed with respect to a matter covered by this indemnity and Supplier shall be given the opportunity to assume the defense thereof. If Supplier fails to assume such defense, Advance may defend the action in the manner it deems appropriate, and Supplier shall pay to Advance all costs, including reasonable attorneys' fees, incurred by Advance in effecting such defense and any subsequent legal appeal, in addition to any sum which Advance may pay by reason of any settlement or judgment.

4. **Insurance.** Supplier shall maintain continually in force a policy of comprehensive general liability insurance, including coverage for product liability, broad form personal injury and property damage and blanket contractual indemnity in a single limit amount of Five Million Dollars ($5,000,000). Such policy shall provide that the policy may not be canceled or modified except upon thirty (30) days prior written notice to Advance. Supplier shall provide to Advance a certificate of the insurer certifying the insurance requirements under this paragraph.

5. This Agreement supercedes any terms or conditions contained in any Supplier sales orders or solicitation forms. This Agreement may not be amended or modified other than by an agreement in writing signed by all of the parties.

SUPPLIER: *Nebraska Beef Ltd*            ADVANCE FOOD COMPANY, INC.

By: *Ken Bell*                            By: _____
                                                David Minx

Title: *Food Safety Director*             Title: Director of Purchasing

Date: *6/11/08*                           Date: _____

4