

**NEBRASKA BEEF, LTD.**
4501 S. 36th Street
Omaha, Nebraska 68107
Office: (402) 733-7000
Fax: (402) 733-1624

REMIT TO: NEBRASKA BEEF LTD
P. O. BOX 3332
OMAHA, NE 68103-0332

PAY FROM THIS INVOICE
NO STATEMENT WILL BE SUBMITTED

TERMS: NET 7 DAYS FROM DATE OF INVOICE

CUSTOMER NO. 201019

SOLD TO:
ADVANCE FOOD
201 S RALEIGH RD
ENID, OK 73701

SHIP TO:
ADVANCE FOODS
4929 E WILLOW STREET
ENID OK

DATE 6/29/08
INVOICE NO. 1241563

RECEIVED JUL 07 2008 AP

| CUSTOMER PURCHASE ORDER NO. | WORK ORDER NO. | SLSM. NO. | SHIPPING INSTRUCTIONS | | |
|---|---|---|---|---|---|
| 459148 | 094505 | 26 | KCX 3735 | | |
| NO. OF BOXES | WEIGHT | ITEM NO. | DESCRIPTION | PRICE/LB. | AMOUNT |
| 470 | 26,852.7 | 55560 | LOIN TRIM | 1.9400 | 52,094.24 |
| 200 | 11,178.9 | 55580 | LOIN TRIM | 1.9900 | 22,246.01 |
| 670 | 38,031.6 | | | | |

We hereby certify that the above described meat or meat food products, which are offered for shipment in interstate or foreign commerce, have been U.S. inspected and passed by Department of Agriculture, are so marked, and at this date are sound, healthful, wholesome, and fit for human food.
**NEBRASKA BEEF, LTD.**
NO CLAIMS ARE ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE.

PAY THIS AMOUNT ➤ 74,340.25

ck# 411682
7-8-08
74340.25
JK

EXHIBIT 5